UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PORTAL FRANCISCO MISAEL, | ) |
| Petitioner | ) |
| vs. | ) Case No. 4:14-cv-00527-WMA-HGD |
| ERIC HOLDER, et al., | ) |
| Respondents | ) |

## DISMISSAL ORDER

On July 3, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. It is, therefore, ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE as premature.

DONE this 25th day of July, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE